IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER D. HOWARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 04-BE-3058-S ) |
| SOCIAL SECURITY ADMINISTRATION, | ) ) |
| Defendant. | ) ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on April 24, 2006 recommending that defendant's motion to dismiss (doc. #23) be granted.  In the pleading filed by plaintiff on May 12, 2006, which the court construes as an objection to the April 24, 2006 findings and recommendation, Ms. Howard apparently attempts to remedy her failure to amend her complaint as previously directed by the court.  Even if construed as an amended complaint, the complaint is still vague, conclusory and without a factual basis.  Moreover, Ms. Howard has admitted that she failed to exhaust her administrative remedies with respect to at "some of these events [which] had not occurred."  (Doc. #33, p.4).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the defendant's motion to dismiss is due to be GRANTED.  A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 2nd day of June 2006.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE